174 F.3d 1227
 1999-1 Trade Cases P 72,519, 50 U.S.P.Q.2d 1761,
12 Fla. L. Weekly Fed. C 853
 FLORIDA BRECKENRIDGE, INC. d.b.a. Breckenridge
Pharmaceutical, Inc.,
Plaintiff-Counterclaim-Defendant-Appellee,
v.
SOLVAY PHARMACEUTICALS, INC., a Georgia corporation,
Defendant-Counterclaim-Plaintiff-Appellant,
 No. 98-4606.
 United States Court of Appeals,
Eleventh Circuit.
 May 11, 1999.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION